RECORDING REQUESTED BY:
**NORTH AMERICAN TITLE**

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

Miguel Vasquez
15891 Foothill Blvd.
Fontanta, CA 92335

Order No.:
Escrow No.:
APN: 0232-081-42 and 0232-081-43
THE UNDERSIGNED GRANTOR(S) DECLARE(S):

Recorded in Official Records, County of San Bernardino   8/07/2008 11:38 AM SG
**LARRY WALKER**
Auditor/Controller — Recorder
P  Counter

Doc#: 2008-0360789   Titles: 1   Pages: 2
Fees    12.00
Taxes    0.00
Other    0.00
PAID    $12.00

DOCUMENTARY TRANSFER TAX IS $ NO CONSIDERATON
"This is a bonafide gift the grantors received nothing in return, R & T 11911."
"Interfamily transfer"
____ Unincorporated area    ____ City of Fontana

C 512

## GRANT DEED

For valuable consideration, receipt of which is hereby acknowledged,

**Miguel Vasquez, a married man, as his sole and separate property, as to an undivided 1/3 interest;
Ramon Vasquez, a married man, as his sole and separate property, as to an undivided 1/3 interest;
and Ciro Vazquez, a married man, as his sole and separate property, as to an undivided 1/3 interest,
All as Tenants in Common**

hereby GRANT(S) to

**Miguel Vasquez, a married man, as his sole and separate property**

the real property situated in the County of San Bernardino, State of California, more particularly described as follows:

See attached Exhibit "A" for complete legal descriptions
Property Commonly Known As: 15891 Foothill Blvd., Fontana, CA 92335

Dated: May 29, 2008

_____
Miguel Vasquez

_____
Ramon Vasquez

_____
Ciro Vazquez

STATE OF CALIFORNIA         )
                            ) SS.
COUNTY OF Riverside         )

On May 30th, 2008 before me, Sonia Q. Flores, A Notary Public, personally appeared Miguel Vasquez, Ramon Vasquez, Ciro Vasquez
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _Sonia Q. Flores_

SONIA Q. FLORES
Commission # 1673445
Notary Public - California
Orange County
My Comm. Expires Jun 8, 2010

FOR NOTARY STAMP
MAIL TAX STATEMENTS AS DIRECTED ABOVE

EXHIBIT "A"

PARCEL 1:

THE WEST 70 FEET OF THE NORTH 210 FEET OF THE EAST 200 FEET OF LOT 131 OF ETIWANDA VINEYARDS, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 17, PAGE(S) 29 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM THE NORTH 50 FEET THEREOF.

AREA AND DISTANCES ARE COMPUTED TO THE CENTER LINES OF ADJOINING STREETS.

PARCEL 2:

THE NORTH 210 FEET OF THE EAST 200 FEET OF LOT 131 OF ETIWANDA VINEYARDS, IN THE COUNTY OF SAN BERNARDINO STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 17, PAGE(S) 29 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM THE NORTH 50 FEET THEREOF;

ALSO EXCEPTING THEREFROM THE WEST 70 FEET THEREOF;

AREAS AND DISTANCES ARE COMPUTED TO THE CENTERLINES OF ADJOINING STREETS.

APN: 0232-081-42-0-000 and 0232-081-43-0-000